IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Select Build Illinois, LLC et al , Plaintiff(s), v. Ace American Insurance Company, Defendant(s). | Case No. 14-cv-8653 Judge Sara L. Ellis |

## ORDER

Enter Opinion and Order. ACE's Motion for Summary Judgment [22] is granted and Plaintiffs' Motion for Summary Judgment [20] is denied. Judgment is therefore entered for ACE on all claims except Plaintiffs' request for a declaratory judgment that ACE must provide coverage in the underlying action. That claim is dismissed without prejudice to Plaintiffs' refiling if and when liability is determined in Cook County. This case is terminated. Mail AO 450. All pending dates are terminated as moot.

Date: 11/16/2015                                              /s/ Sara L. Ellis