## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Select Build Illinois, LLC and Ivan Holle,

Plaintiff(s),

v.

Ace American Insurance Company,

Defendant(s).

Case No. 14-cv-8653
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

    which ☐ includes          pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered for Defendant, Ace American Insurance Company on all claims except Plaintiffs Select Build Illinois, LLC and Ivan Holle request for a declaratory judgment that ACE must provide coverage in the underlying action. That claim is dismissed without prejudice to Plaintiffs' refiling if and when liability is determined in Cook County. This case is terminated.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motions cross motions for summary judgment.

Date: 11/16/2015                                  Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk